**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOVOTECH (AUSTRALIA) PTY LIMITED, an Australian proprietary limited company,<br><br>    Plaintiff,<br><br> v.<br><br>SURECLINICAL, INC., a Nevada corporation,<br><br>    Defendant.<br>_____<br>SURECLINICAL, INC., a Nevada corporation,<br><br>    Counterclaimant,<br><br> v.<br><br>NOVOTECH (AUSTRALIA) PTY LIMITED, an Australian proprietary limited company<br><br>    Counter-Defendant. | CASE NO. 2:22-cv-01259-JAM-AC<br><br>Honorable John A. Mendez<br>Courtroom: Courtroom 6, 14th Floor<br><br>**ORDER EXTENDING LITIGATION STAY (ECF Nos. 30; 41)**<br><br>Complaint Filed: July 15, 2022 |

///
///
///
///

## ORDER EXTENDING STAY

THE COURT, having considered Defendant and Counterclaimant SureClinical, Inc.'s *Ex Parte* Application for an Order Extending Litigation Stay, including all relevant documents, evidence, and arguments of counsel:

IT IS HEREBY ORDERED that the *Ex Parte* Application is **DENIED**. The litigation stay ordered by the Court on December 5, 2022 (ECF No. 30) and previously extended on January 20, 2023 (ECF No. 41) is lifted. From this point forward, any disputes between the parties regarding discovery, including the production of documents ordered by this Court on January 20, 2023 (ECF No. 41), shall be submitted to the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: March 9, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE