UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NOVOTECH (AUSTRALIA) PTY LIMITED, an Australian proprietary limited company,<br><br>Plaintiff,<br><br>v.<br><br>SURECLINICAL INC., a Nevada corporation,<br><br>Defendant.<br><br>SURECLINICAL, INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>v.<br><br>NOVOTECH (AUSTRALIA) PTY LIMITED, an Australian proprietary limited company,<br><br>Counter-Defendant. | Case No.: 2:22-cv-01259-JAM-AC<br><br>Assigned to Senior District Judge John A. Mendez<br><br>**ORDER DISMISSING CASE WITH PREJUDICE (re ECF 66)**<br><br>Action Filed:        July 15, 2022<br>Counterclaim Filed: August 12, 2022 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

ORDER

**ORDER DISMISSING CASE WITH PREJUDICE**

The Court having reviewed the parties' Stipulation to Dismiss All Parties' Claims and Counterclaims and Request for District Court to Retain Jurisdiction to Enforce Settlement Agreement, and for good cause appearing, IT IS HEREBY ORDERED as follows:

1. All claims and counterclaims that have been brought or asserted in the above-captioned action, and the action itself, shall be and hereby are **DISMISSED** with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This Court shall and hereby does retain jurisdiction over the parties to the above-captioned action for the sole and limited purposes of enforcing the terms and conditions of the parties' settlement agreement and resolving any future disputes that may arise between the parties relating to or arising from their settlement agreement.

**IT IS SO ORDERED.**

Dated: January 03, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE